IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


TRAVIS CONKLIN,                )
        Plaintiff,        )
                               )   C.A. No. 2:16-cv-88
                               )
    v.                         )
                               )
SERGEANT STEELEY, et al,       )
        Defendants.       )

## ORDER

AND NOW, this 30th Day of November, 2016;

IT IS HEREBY ORDERED that Commonwealth Defendants' motion to dismiss [13] is GRANTED. It is further ORDERED that Plaintiff's claim against Defendant Attorney James P. Miller is dismissed as frivolous, pursuant to the authority granted to courts by the Prison Litigation Reform Act. The Clerk is directed to close this case.

The report and recommendation of Magistrate Judge Baxter, dated October 5, 2016, is adopted as the opinion of the court.

                                          /s/ Joy Flowers Conti
                                          Joy Flowers Conti
                                          Chief United States District Judge


cc:    Susan Paradise Baxter
        U.S. Magistrate Judge

        all parties of record ____